1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Bevin Alison LyBarger,                    No. CV-23-00422-TUC-RCC

10              Plaintiff,                      **ORDER**

11   v.

12   Commissioner    of    Social    Security
     Administration,
13
               Defendant.
14

15        On February 10, 2025, Magistrate Judge Bruce G. Macdonald issued a Report and

16   Recommendation ("R&R") in which he recommended the Court the District Court, deny

17   Plaintiff's appeal and close this case. (Doc. 35.) The R&R notified the parties they had

18   fourteen (14) days from the date of the R&R to file any objections. (Doc. 35 at 15.) No

19   objections have been filed.

20        If neither party objects to a magistrate judge's report and recommendation, the

21   District Court is not required to review the magistrate judge's decision under any

22   specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the

23   statute guiding review of a magistrate judge's recommendation "does not preclude further

24   review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or

25   any other standard." *Id.* at 154.

26        The Court has reviewed and considered the complaint (Doc. 1), the opening brief

27   (Doc. 28), the response brief (Doc. 30), the reply (Doc. 34), and the R&R (Doc. 35). The

28   Court finds the R&R well-reasoned and agrees with Judge Maconald's conclusions.

1    Accordingly, IT IS ORDERED:

2    1)  Magistrate Judge Macdonald's Report and Recommendation is ADOPTED. (Doc.

3        35.)

4    2)  The Commissioner of Social Security's final decision is AFFIRMED. The Clerk

5        of Court shall docket accordingly and close the case file in this matter.

6        Dated this 3rd day of March, 2025.

7

8

9

10                                    _____

                                      Honorable Raner C. Collins
11                                    Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28